UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
SANDERS, DOUGLAS A

Case No.: 19-21623-JNP
Chapter: 7
Judge: Jerrold N. Poslusny, Jr.

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on September 3, 2019, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. __4C__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 58 PENN BEACH ROAD, PENNSVILLE NJ 08070<br>(FMV $105,000.00) |
|---|---|

| Liens on property: | $105,967.00- DITECH FINANCIAL |
|---|---|

| Amount of equity claimed as exempt: | $0.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:    Andrew Sklar, Chapter 7 Trustee

Address:    1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-21623-JNP
Douglas A Sanders                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Jul 30, 2019
                              Form ID: pdf905          Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2019.
db           +Douglas A Sanders,   58 Penn Beach Road,   Pennsville, NJ 08070-3635
cr           +MEMBERS 1ST OF NJ FEDERAL CREDIT UNION,   c/o Saldutti Law Group,
               800 N. Kings Highway, Suite 300,   Cherry Hill, NJ 08034-1511
518294789    +Deville Mgmt,   Attn: Bankruptcy,   Po Box 1987,   Colleyville, TX 76034-1987
518294794    +Navient,   Attn: Bankruptcy,   Po Box 9000,   Wiles-Barr, PA 18773-9000
518294795    +Ncc Business Svcs Inc,   Attn: Bankruptcy,   9428 Baymeadows Rd. Suite 200,
               Jacksonville, FL 32256-7912
518294796    +Saldutti Law Group,   800 North Kings Highway,   Suite 300,   Cherry Hill, NJ 08034-1511

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jul 30 2019 23:39:53      U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 30 2019 23:39:50      United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr            E-mail/Text: ally@ebn.phinsolutions.com Jul 30 2019 23:39:12      Ally Bank,   P.O. Box 130424,
               Roseville, MN   55113-0004
518294788    +E-mail/Text: ally@ebn.phinsolutions.com Jul 30 2019 23:39:12      Ally Financial,
               Attn: Bankruptcy Dept,   PO Box 380901,   Minneapolis, MN 55438-0901
518294790    +E-mail/Text: bankruptcy.bnc@ditech.com Jul 30 2019 23:39:34      Ditech Financial,
               Attn Bankruptcy,   PO Box 6172,   Rapid City, SD 57709-6172
518294791    +E-mail/Text: bmyers@membersonenj.org Jul 30 2019 23:39:47      Members 1st Of Nj Fcu,
               37 W Landis Ave,   Vineland, NJ 08360-8122
518294792    +E-mail/Text: bkr@cardworks.com Jul 30 2019 23:38:59      Merrick Bank/CardWorks,
               Attn: Bankruptcy,   Po Box 9201,   Old Bethpage, NY 11804-9001
518294793    +E-mail/Text: bankruptcydpt@mcmcg.com Jul 30 2019 23:39:49      Midland Funding,
               2365 Northside Dr Ste 300,   San Diego, CA 92108-2709
518294797    +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 30 2019 23:39:02
               Verizon Wireless,   Attn: Verizon Wireless Bankruptcy Admini,   500 Technology Dr, Ste 550,
               Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2019 at the address(es) listed below:
              Andrew   Sklar     andy@sklarlaw.com,    NJ43@ecfcbis.com;dolores@sklarlaw.com
              Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Gary M. Salber    on behalf of Debtor Douglas A Sanders gsalberlaw@comcast.net
              Rebecca K. McDowell    on behalf of Creditor   MEMBERS 1ST OF NJ FEDERAL CREDIT UNION
               rmcdowell@slgcollect.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5